**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**


Leo Feler

                                        Plaintiff,

v.                                                        Case No.: 1:26–cv–08915
                                                         Honorable Thomas M. Durkin

United States of America, et al.

                                        Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Wednesday, July 29, 2026:


        MINUTE entry before the Honorable Thomas M. Durkin: Motions to appear pro hac vice [10], [11], [12] are granted. Attorneys Dylan Moore, Patrick Jaicomo and Anya Bidwell for Leo Feler added. Mailed notice. (ecw, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.